UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMI – GOVERNMENT EMPLOYEES PROVIDENT FUND MANAGEMENT COMPANY LTD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>JOSEPH C. PAPA and PERRIGO COMPANY PLC,<br><br>Defendants. | **No.: 1:16-cv-04752-LAK**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**WHEREAS**, no defendant in the above-captioned action, *AMI – Government Employees Provident Fund Management Company Ltd v. Papa et al.*, 1:16-cv-04752-LAK, brought before the United States District Court for the Southern District of New York, has served an answer or a motion for summary judgment;

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff AMI – Government Employees Provident Fund Management Company Ltd hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated:   July 12, 2016

        **POMERANTZ LLP**

        */s/ Jeremy A. Lieberman*
        Jeremy A. Lieberman
        J. Alexander Hood II
        600 Third Avenue, 20th Floor
        New York, New York 10016
        Telephone:  (212) 661-1100
        Facsimile:  (212) 661-8665
        Email:  jalieberman@pomlaw.com
             ahood@pomlaw.com

        **POMERANTZ LLP**
        Patrick V. Dahlstrom
        10 South La Salle Street, Suite 3505
        Chicago, Illinois 60603
        Telephone:  (312) 377-1181
        Facsimile:  (312) 377-1184
        Email:  pdahlstrom@pomlaw.com

        *Attorneys for Plaintiff*